UNITED STATES of America,
Plaintiff–Appellee,

v.

Angel VILLEGAS–TIRADO,
Defendant–Appellant.

No. 08–50309.

United States Court of Appeals,
Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Aug. 11, 2009.*

Filed Aug. 17, 2009.

Christopher Paul Tenorio, Esquire, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Martha McNab Hall, Law Office of Debra Dilorio, San Diego, CA, for Defendant–Appellant.

Before: KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

MEMORANDUM **

Angel Villegas–Tirado appeals from the 57–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm, but remand to correct the judgment.

Villegas–Tirado contends that the sentence is unreasonable in light of his motivation for re-entering and the need to avoid unwarranted sentencing disparities. The record reflects that the district court properly considered the § 3553(a) factors, and that, in light of the totality of the circumstances, the sentence is substantively reasonable. *See United States v. Crowe,* 563 F.3d 969, 978 (9th Cir.2009); *see also United States v. Autery,* 555 F.3d 864, 873–78 (9th Cir.2009).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b). *See United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir.2000); *see also United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to delete the reference to § 1326(b)(2)).

**AFFIRMED; REMANDED to correct the judgment.**